IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MIKE GROENE, individually and as Chair of the Stop Overspending Nebraska Ballot Committee; ROBERT COLE ROGERS, and AMIE SPRADLEY,

    Plaintiffs,

v.

COLEEN SENG, in her official capacity as Mayor of the City of Lincoln, Nebraska; THOMAS K. CASADY, in his official capacity as Chief of Police for the City of Lincoln, Nebraska; MIKE FAHEY, in his official capacity as Mayor of the City of Omaha, Nebraska; THOMAS H. WARREN, in his official capacity as Chief of Police for the City of Omaha, Nebraska; JULIE M. HANEY, in her official capacity as Treasurer, Douglas County, Nebraska; RIVKAH SASS, in her official capacity as Library Director for the City of Omaha, Nebraska; STACEY ALDRICH, in her official capacity as Assistant Library Director for the City of Omaha, Nebraska; JAY VAVRICEK, in his official capacity as Mayor of the City of Grand Island, Nebraska; STEVE LAMKEN, in his official capacity as Chief of Police for the City of Grand Island, Nebraska; and STEVE FOSSELMAN, as Library Director for the City of Grand Island, Nebraska,

    Defendants.

Case No.: 4:06cv3153

AFFIDAVIT OF MIKE GROENE

State of Nebraska   )
                         ) s.s.
County of Lincoln   )

Mike Groene, having first been duly sworn on his oath, hereby states as follows:

1.    I am over the age of 18 and I have personal knowledge regarding the facts contained in



EXHIBIT 3

      this affidavit.

2. I am the Chairman of the Western Nebraska Taxpayers' Association and the Chairman of the Stop Overspending Nebraska Ballot Committee.

3. As Chairman of these two organizations, I co-sponsored an initiative petition which seeks to place a constitutional amendment on the Nebraska November 2006 ballot.

4. The constitutional amendment would establish a limit on the growth of state spending which may only be exceeded with voter approval (the "SOS Initiative").

5. Upon information and belief, approximately 117,000 signatures are needed in support of the SOS Initiative in order to place the constitutional amendment on the November 2006 ballot.

6. As sponsor of the SOS Initiative, I circulate the SOS Initiative on a volunteer basis.

7. Also as sponsor of the SOS Initiative, I closely monitor and respond to issues relating to petition circulators' access to various fora throughout the state for the purposes of gathering signatures in support of the SOS Initiative.

8. I am very concerned that, due to the restricted access petition circulators have experienced on public property such as parks, streets, sidewalks, courthouses and civic centers, and county treasurer's offices, we may be unable to obtain a sufficient number of signatures to have the SOS Initiative placed on the November 2006 ballot.

9. I am also fearful that the policies and practices adopted in Omaha, Lincoln, and Grand Island will be communicated to other municipalities and I will be unable to circulate the SOS Initiative in areas beyond Omaha, Lincoln, and Grand Island.

FURTHER AFFIANT SAYETH NOT.

_6-25-2006_              _Michael K. Groene_
Date                                         Mike Groene, Plaintiff

Subscribed to and sworn before me this 25th day of June, 2006.

GENERAL NOTARY - State of Nebraska
VICKI D. MORRIS
My Comm. Exp. June 25, 2009

_____
Notary Public

3