IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIKE GROENE, individually and as Chair of the Stop Overspending Nebraska Ballot Committee; ROBERT COLE ROGERS, and AMIE SPRADLEY,<br><br>           Plaintiffs,<br>     v.<br><br>COLEEN SENG, in her official capacity as Mayor of the City of Lincoln, Nebraska; THOMAS K. CASADY, in his official capacity as Chief of Police for the City of Lincoln, Nebraska; MIKE FAHEY, in his official capacity as Mayor of the City of Omaha, Nebraska; THOMAS H. WARREN, in his official capacity as Chief of Police for the City of Omaha, Nebraska; JULIE M. HANEY, in her official capacity as Treasurer, Douglas County, Nebraska; RIVKAH SASS, in her official capacity as Library Director for the City of Omaha, Nebraska; STACEY ALDRICH, in her official capacity as Assistant Library Director for the City of Omaha, Nebraska; JAY VAVRICEK, in his official capacity as Mayor of the City of Grand Island, Nebraska; STEVE LAMKEN, in his official capacity as Chief of Police for the City of Grand Island, Nebraska; and STEVE FOSSELMAN, as Library Director for the City of Grand Island, Nebraska; RONALD ROSKENS, in his official capacity as Chairman of the Omaha-Douglas Public Building Commission,<br><br>           Defendants. | CASE NO. 4:06 CV3153<br><br><br><br><br><br>**SUPPLEMENTAL INDEX OF EXHIBITS OPPOSING MOTION FOR RESTRAINING ORDER SUBMITTED BY DEFENDANTS FAHEY, WARREN, SASS, ALDRIDGE AND ROSKENS** |

The following listed exhibits are submitted in opposition to the Plaintiffs' Motion for a Temporary Restraining Order.

      Exhibit no. 7                    Affidavit of Barbara Derrick

        MIKE FAHEY, THOMAS H. WARREN,
RIVKAH SASS, STACEY ALDRICH, and
RONALD ROSKENS, Defendants

          s/Thomas O. Mumgaard
BY _____
THOMAS O. MUMGAARD, No. 16004
Deputy City Attorney
804 Omaha/Douglas Civic Center
1819 Farnam Street
Omaha, NE 68183
Telephone: 402/444-5115
Email: tmumgaard@ci.omaha.ne.us

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on June 29, 2006, I electronically filed the foregoing **SUPPLEMENTAL INDEX OF EXHIBITS OPPOSING RESTRAINING ORDER** using the CM/ECF system which is to send notification of such filing to all attorneys registered with the CM/ECF system who have entered an appearance in this action.

          s/Thomas O. Mumgaard
          _____