IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIKE GROENE, individually and as Chair of the Stop Overspending Nebraska Ballot Committee, et al., <br><br>    Plaintiffs, <br><br>  v. <br><br> COLEEN SENG, in her official capacity as Mayor of the City of Lincoln, Nebraska, et al., <br><br>    Defendants. | 4:06CV3153 <br><br> SHOW CAUSE ORDER |

    The records of the court show that on August 23, 2006, (Filing No. 40), a letter was sent to Attorney Eugene Volokh from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System.").

    As of November 30, 2006, the attorney has not complied with the request(s) set forth in the letter from the Office of the Clerk.

    IT IS ORDERED that, on or before December 11, 2006, Attorney Eugene Volokh is to register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

    DATED this 30th day of November, 2006.

                                    BY THE COURT:

                                    s/ *David L. Piester*
                                    David L. Piester
                                    United States Magistrate Judge