```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

MIKE GROENE, individually and )
as Chair of the Stop )
Overspending Nebraska Ballot )
Committee, et al., )            4:06CV3153
                              )
         Plaintiffs,           )
                              )
     v.                        )            ORDER
                              )
COLEEN SENG, in her official   )
capacity as Mayor of the City  )
of Lincoln, Nebraska, et al.,  )
                              )
         Defendants.           )
                              )

   IT IS ORDERED,

   The clerk is directed to strike and remove filing 48, pursuant to paragraph 3 of the initial progression order, filing 39.

   DATED this 30th day of November, 2006.

                          BY THE COURT:

                          s/ *David L. Piester*
                          David L. Piester
                          United States Magistrate Judge