```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| MIKE GROENE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | )    4:06CV3153 |
| v. | ) |
| | ) |
| COLEEN SENG, et al., | ) |
| | )    ORDER |
| Defendants. | ) |
| | ) |

Counsel for the parties have reported to the court regarding their efforts at resolving the case through settlement, and indicate that those efforts continue. Accordingly,

IT IS ORDERED,

Counsel shall report to the court on their settlement efforts on or before March 30, 2007.

DATED this 29th day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge