IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIKE GROENE, individually and as Chair of the Stop Overspending Nebraska Ballot Committee; ROBERT COLE ROGERS, and AMIE SPRADLEY,<br><br>     Plaintiffs,<br><br>  v.<br><br>COLEEN SENG, in her official capacity as Mayor of the City of Lincoln, Nebraska; THOMAS K. CASADY, in his official capacity as Chief of Police for the City of Lincoln, Nebraska; MIKE FAHEY, in his official capacity as Mayor of the City of Omaha, Nebraska; THOMAS H. WARREN, in his official capacity as Chief of Police for the City of Omaha, Nebraska; JULIE M. HANEY, in her official capacity as Treasurer, Douglas County, Nebraska; RIVKAH SASS, in her official capacity as Library Director for the City of Omaha, Nebraska; STACEY ALDRICH, in her official capacity as Assistant Library Director for the City of Omaha, Nebraska; JAY VAVRICEK, in his official capacity as Mayor of the City of Grand Island, Nebraska; STEVE LAMKEN, in his official capacity as Chief of Police for the City of Grand Island, Nebraska; and STEVE FOSSELMAN, as Library Director for the City of Grand Island, Nebraska,<br><br>     Defendants. | 4:06CV3153<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**MEMORANDUM<br>AND ORDER** |

Plaintiffs have filed a status report (filing 55) stating that the parties have "tentatively agreed on a set of policies which . . . will eliminate the constitutional violations complained of by Plaintiffs in the Amended Complaint"; the parties are "engaged in negotiations concerning the payment of Plaintiffs' attorneys fees and expenses"; and the parties "may be able to resolve all issues in this case through a negotiated settlement resulting in the dismissal of the case with prejudice by the Plaintiffs." The report requests that this matter be stayed for an additional 30 days to allow the parties to resolve the pending issues. I shall grant the plaintiffs' request.

IT IS ORDERED that the parties are granted until May 10, 2007, to submit a status report regarding their efforts at resolving this case through settlement.

April 10, 2007.                BY THE COURT:

                               s/ *Richard G. Kopf*
                               United States District Judge