IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIKE GROENE, individually and as Chair of the Stop Overspending Nebraska Ballot Committee; ROBERT COLE ROGERS, and AMIE SPRADLEY,<br><br>   Plaintiffs,<br><br>   v.<br><br>COLEEN SENG, in her official capacity as Mayor of the City of Lincoln, Nebraska; THOMAS K. CASADY, in his official capacity as Chief of Police for the City of Lincoln, Nebraska; MIKE FAHEY, in his official capacity as Mayor of the City of Omaha, Nebraska; THOMAS H. WARREN, in his official capacity as Chief of Police for the City of Omaha, Nebraska; JULIE M. HANEY, in her official capacity as Treasurer, Douglas County, Nebraska; RIVKAH SASS, in her official capacity as Library Director for the City of Omaha, Nebraska; STACEY ALDRICH, in her official capacity as Assistant Library Director for the City of Omaha, Nebraska; JAY VAVRICEK, in his official capacity as Mayor of the City of Grand Island, Nebraska; STEVE LAMKEN, in his official capacity as Chief of Police for the City of Grand Island, Nebraska; STEVE FOSSELMAN, as Library Director for the City of Grand Island, Nebraska; RONALD W. ROSKENS, in his official capacity as Chairman of the Omaha-Douglas Public Building Commission,<br><br>   Defendants. | Case No.: 4:06CV3153<br><br><br><br><br>PLAINTIFFS' STATUS REPORT |

  Pursuant to the Court's prior Order, Plaintiffs submit this status report outlining the posture of the current settlement negotiations taking place between Plaintiffs and Defendants.

  1.  The Plaintiffs and Defendants have reached a settlement which will resolve all

claims in the above-captioned litigation. However, before the settlement can be finalized, the defendant governmental entities must pass certain policies and approve and authorize the payment of certain funds pursuant to the settlement.

2. The Defendants are currently engaged in the process of gathering the necessary approvals and authorizations to complete the settlement.

3. The parties believe that all necessary authorizations and payments will be made by May 21, 2007, so that Plaintiffs will be able to dismiss the case with prejudice.

4. The Plaintiffs request that the matter be stayed for an additional thirty days to allow the parties to complete the actions necessary for settlement and filing the appropriate documents with this Court.

    MIKE GROENE, individually and as Chair of the Stop Overspending Nebraska Ballot Committee; ROBERT COLE ROGERS, and AMIE SPRADLEY, Plaintiffs

BY:   OGBORN, SUMMERLIN & OGBORN, P.C.
      GENE SUMMERLIN - 19611
      MARNIE A. JENSEN - 22380
      610 J Street, Suite 200
      Lincoln, NE 68508
      (402) 434-8040
      gene@osolaw.com
      marnie@osolaw.com

BY:   /s/ Gene Summerlin

and

MAYER, BROWN, ROWE & MAW LLP
EUGENE VOLOKH - (pro hac vice)
[mailing address only]
UCLA School of Law
405 Hilgard Ave.
Los Angeles, CA 90095
(310) 206-3926
volokh@law.ucla.edu

BY:    /s/ Eugene Volokh