IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MIKE GROENE, individually and as Chair of the Stop Overspending Nebraska Ballot Committee; ROBERT COLE ROGERS, and AMIE SPRADLEY, | ) ) ) ) ) | 4:06CV3153 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| COLEEN SENG, in her official capacity as Mayor of the City of Lincoln, Nebraska; THOMAS K. CASADY, in his official capacity as Chief of Police for the City of Lincoln, Nebraska; MIKE FAHEY, in his official capacity as Mayor of the City of Omaha, Nebraska; THOMAS H. WARREN, in his official capacity as Chief of Police for the City of Omaha, Nebraska; JULIE M. HANEY, in her official capacity as Treasurer, Douglas County, Nebraska; RIVKAH SASS, in her official capacity as Library Director for the City of Omaha, Nebraska; STACEY ALDRICH, in her official capacity as Assistant Library Director for the City of Omaha, Nebraska; JAY VAVRICEK, in his official capacity as Mayor of the City of Grand Island, Nebraska; STEVE LAMKEN, in his official capacity as Chief of Police for the City of Grand Island, Nebraska; and STEVE FOSSELMAN, as Library Director for the City of Grand Island, Nebraska, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) | |

Plaintiffs have filed a status report (filing 57) stating that the parties have reached a settlement which will resolve all claims in this litigation, but the parties are currently engaged in the process of gathering the necessary approvals and authorizations to complete the settlement.   The report requests that this matter be stayed for an additional 30 days to allow the parties to complete the actions necessary for settlement and to file the appropriate documents with the court.  I shall grant the plaintiffs' request.

IT IS ORDERED that the parties are granted until June 14, 2007, to file either (a) a status report regarding the parties' efforts at resolving this case through settlement or (b) a joint stipulation for dismissal (or other dispositive stipulation), together with a draft order which will fully dispose of this case.

May 15, 2007.                          BY THE COURT:

                                       s/ *Richard G. Kopf*
                                       United States District Judge