IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIKE GROENE, individually and as Chair of the Stop Overspending Nebraska Ballot Committee; ROBERT COLE ROGERS, and AMIE SPRADLEY, <br><br>Plaintiffs, <br>v. <br><br>COLEEN SENG, in her official capacity as Mayor of the City of Lincoln, Nebraska; THOMAS K. CASADY, in his official capacity as Chief of Police for the City of Lincoln, Nebraska; MIKE FAHEY, in his official capacity as Mayor of the City of Omaha, Nebraska; THOMAS H. WARREN, in his official capacity as Chief of Police for the City of Omaha, Nebraska; JULIE M. HANEY, in her official capacity as Treasurer, Douglas County, Nebraska; RIVKAH SASS, in her official capacity as Library Director for the City of Omaha, Nebraska; STACEY ALDRICH, in her official capacity as Assistant Library Director for the City of Omaha, Nebraska; JAY VAVRICEK, in his official capacity as Mayor of the City of Grand Island, Nebraska; STEVE LAMKEN, in his official capacity as Chief of Police for the City of Grand Island, Nebraska; and STEVE FOSSELMAN, as Library Director for the City of Grand Island, Nebraska; RONALD ROSKENS, in his official capacity as Chairman of the Omaha-Douglas Public Building Commission, <br><br>Defendants. | **CASE NO. 4:06 CV3153** <br><br><br><br><br>**STIPULATION FOR DISMISSAL** |

The Plaintiffs and the Defendants, by and through their respective counsel, stipulate that all causes of action herein should be dismissed with prejudice, each party to pay their own court costs, and the temporary restraining order entered on June 29, 2006 (filing no. 24) should be dissolved.

Dated this 22nd day of May, 2007.

| | |
|---|---|
| MIKE GROENE, et al., Plaintiffs | COLEEN SENG, and THOMAS K. CASADY, Defendants |
| BY:  s/Gene Summerlin\
V. Gene Summerlin, No. 19611\
OGBORN, SUMMERLIN & OGBORN, P.C.\
610 J Street\
Suite 200\
Lincoln, Nebraska 68508\
gene@osolaw.com\
Attorney for the Plaintiffs | BY:  s/Richard C. Anderson\
Richard C. Anderson, No. 17980\
City of Lincoln Law Department\
575 South 10th Street\
Lincoln, Nebraska 68508\
lpd636@cjis.ci.lincoln.ne.us\
Attorney for the Defendants |
| MIKE FAHEY, THOMAS H. WARREN, RIVKAH SASS, STACEY ALDRICH, and RONALD W. ROSKENS, Defendants | JAY VAVRICEK, STEVE LAMKEN, and STEVE FOSSELMAN, Defendants |
| BY:  s/Thomas O. Mumgaard\
THOMAS O. MUMGAARD, No. 16004\
Deputy City Attorney\
1819 Farnam Street, Suite 804\
Omaha, NE 68183\
Ph.:  (402) 444-5137\
tmumgaard@ci.omaha.ne.us\
Attorney for the Defendants | BY:  s/Dale M. Shotkoski\
Dale M. Shotkoski, No. 17980\
City of Grand Island\
100 East 1st Street\
Grand Island, Nebraska  68802-1968\
dshotkoski@grand-island.com\
Attorney for the DefendantS |
| JULIE M. HANEY, Defendant | |
| BY:  s/Bernard J. Monbouquette\
Bernard J. Monbouquette, No. 18927\
Douglas County Attorney's Office\
1819 Farnam Street\
Suite 909\
Omaha, Nebraska  68183\
bmonbouq@co.douglas.ne.us\
Attorney for the Defendant | |