IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MIKE GROENE, individually and as Chair of the Stop Overspending Nebraska Ballot Committee; ROBERT COLE ROGERS, and AMIE SPRADLEY, | ) ) ) ) ) | 4:06CV3153 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| COLEEN SENG, in her official capacity as Mayor of the City of Lincoln, Nebraska; THOMAS K. CASADY, in his official capacity as Chief of Police for the City of Lincoln, Nebraska; MIKE FAHEY, in his official capacity as Mayor of the City of Omaha, Nebraska; THOMAS H. WARREN, in his official capacity as Chief of Police for the City of Omaha, Nebraska; JULIE M. HANEY, in her official capacity as Treasurer, Douglas County, Nebraska; RIVKAH SASS, in her official capacity as Library Director for the City of Omaha, Nebraska; STACEY ALDRICH, in her official capacity as Assistant Library Director for the City of Omaha, Nebraska; JAY VAVRICEK, in his official capacity as Mayor of the City of Grand Island, Nebraska; STEVE LAMKEN, in his official capacity as Chief of Police for the City of Grand Island, Nebraska; and STEVE FOSSELMAN, as Library Director for the City of Grand Island, Nebraska, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the parties' joint stipulation for dismissal with prejudice (filing 59) and Fed. R. Civ. P. 41,

IT IS ORDERED that all causes of action herein are dismissed with prejudice, each party to pay their own costs, complete record waived, and the temporary restraining order entered on June 29, 2006 (filing 24), is dissolved.

May 24, 2007.   BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge